**UNITED STATES**

v.

**John GAMBONE, Sr., Anthony Gambone, William Murdoch, and Robert Carl Meixner.**

**Crim.A. Nos. 00–176–1 to 00–176–3, 00–176–6.**

United States District Court, E.D. Pennsylvania.

Sept. 5, 2001.

## *ORDER*

**AND NOW,** this 5th day of September, 2001, **IT IS HEREBY ORDERED** that the Order of the Court dated September 4, 2001 (Doc. No. 238) is hereby amended as follows: Paragraph 6 of the Order is **VACATED. IT IS HEREBY ORDERED** that Defendant William Murdoch's Motion for Judgment of Acquittal is **GRANTED** as to Count 4.